# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                Case No. 4:23-CR-00236-KGB-1

DAKOTA JOHNSON                                                      DEFENDANT

## ORDER DENYING MOTION TO REVOKE

Defendant Dakota Johnson appeared today with counsel for a hearing on the Government's Motion to Revoke. (Doc. No. 24)

The petition alleges that Mr. Johnson violated his conditions of release when he submitted a urine specimen that tested and confirmed positive for oxycodone and admitted to using an expired prescription.

Defendant admitted to the allegations and indicated he would benefit from drug treatment. The Government is not seeking Defendant's detention at this time.

After listening carefully to arguments from counsel, the Court agrees that a revocation of Defendant's release would not be appropriate at this time. Therefore, the Government's Motion to Revoke (Doc. No. 24) is denied. However, Defendant has been cautioned by the Court that any further violations will likely result in his detention pending trial.

SO ORDERED this 24th day of April, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE